935 A.2d 755

IN THE MATTER OF DANIEL S. CHILEWICH, AN ATTORNEY
AT LAW (ATTORNEY NO. 038861992).

September 27, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DANIEL S. CHILEWICH** of **ARMONK, NEW YORK,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of one year, effective February 17, 2005, by Order of this Court filed July 13, 2007, be restored to the practice of law, effective immediately.

935 A.2d 756

IN THE MATTER OF SCOTT F. SAIDEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 044931993).

October 3, 2007.

This matter having been duly presented to the Court, it is ORDERED that **SCOTT F. SAIDEL of BOCA RATON, FLORIDA,** who was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of six months effective March 1, 2001, by Order of this Court filed July 9, 2004, be restored to the practice of law, effective immediately.